IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Georgiana M. Schnarrs and   :
Robert E. Schnarrs,   :
       Appellants   :
   :  No. 1467 C.D. 2018
      v.   :
   :
Rush Township Board of Supervisors   :
John Shannon, Patrick Couturiaux   :
and Samuel M. Estright   :

## *AMENDING ORDER*

AND NOW this 17th day of June, 2019, the citation to The Second Class Township Code on page 7, footnote 4, in the above matter, filed May 31, 2019, is amended to reflect the following correction:

> The Second Class Township Code (Code), Act of May 1, 1933, P.L. 103, *reenacted and amended by* Act of November 9, 1995, P.L. 350, *amended by* Act of October 9, 2008, P.L. 1520, 53 P.S. §§65101–6~~9~~8701.

_____
PATRICIA A. McCULLOUGH, Judge